FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

Carlos GONZALEZ-Jimenez, Defendant.

Mag. Case No. '08 MJ 8673

COMPLAINT FOR VIOLATION OF

Title 8, U.S.C., Section 1326
Attempted Entry After Deportation

The undersigned complainant being duly sworn states:

On or about July 23, 2008, within the Southern District of California, defendant Carlos GONZALEZ-Jimenez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported or removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH DAY OF JULY 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Carlos GONZALEZ-Jimenez

STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative reports that the Defendant, Carlos GONZALEZ-Jimenez (GONZALEZ), a citizen of Mexico, was found and arrested on July 23, 2008, in Calexico, California.

Border Patrol Agents encountered GONZALEZ after having crossed the International Boundary with Mexico into the United States. GONZALEZ was arrested for being illegally present in the United States.

An investigation of records revealed GONZALEZ was previously removed from the United States on May 3, 1988. Further records check revealed GONZALEZ has a serious criminal record.

GONZALEZ was found in the United States without having sought or received permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-enter the United States after being removed.